# EXHIBIT H

**EX. H - INFRINGEMENT BY KREG OF VITALGO'S U.S. PATENT NO. 8,566,984**

| | Claim Element | Catalyst Bed ("Accused Product") |
|---|---|---|
| 1 | Apparatus for supporting a user in a resting position and/or a vertical exiting position, comprising | As illustrated in the image below, Kreg's Catalyst bed is an apparatus for supporting a user in a resting position and/or a vertical exiting position: *See* Ex. F, Kreg's Catalyst Critical Recovery Bed Brochure, at 2. |
| 2 | [1.1] a tiltable frame assembly tiltably mounted on a base; | As illustrated in the image below, the Catalyst bed includes a tiltable frame assembly tiltably mounted on a base: *See* Ex. F, Kreg's Catalyst Critical Recovery Bed Brochure, at 2. |
| 3 | [1.2] a body support carried by said tiltable frame assembly and having a head end for receiving the upper part of the user's body, and a foot end for receiving the lower part of the user's body; | As illustrated in the image below, the Catalyst bed includes a body support carried by a tiltable frame assembly and having a head end for receiving the upper part of the user's body, and a foot end for receiving the lower part of the user's body: *See* Ex. G, Kreg's Verticalization Therapy Brochure. |
| 4 | [1.3] a foot support extending transversely across the foot end of the body support; | As illustrated in the image below, the Catalyst bed includes a foot support extending transversely across the foot end of the body support: |

| | | |
|---|---|---|
| | |  *See* Ex. G, Kreg's Verticalization Therapy Brochure. |
| 5 | [1.4] and drive means for driving said tiltable frame assembly to said resting position and to said substantially vertical exiting position; | As illustrated in the image below and above, the Catalyst bed includes drive means for driving said tiltable frame assembly to said resting position and to said substantially vertical exiting position. In the box below, the footboard movement control is illustrated.<br><br><br><br>*See* https://kreg.us/the-catalyst/ (last accessed May 30, 2026) |
| 6 | [1.5] characterized in that said apparatus further comprises a processor programmed to cause headward movement of the foot support, thereby engaging the bottom surface of the user's feet, when the tiltable frame assembly is in said resting position | As illustrated in the image below and above, the Catalyst bed has headward movement of the foot support, thereby engaging the bottom surface of the user's feet when the tiltable frame assembly is in the resting position:<br><br><br><br>*See* Ex. G, Kreg's Verticalization Therapy Brochure. |

| | |
|---|---|
| [1.6] and to maintain said feet-engaging position while the tiltable frame assembly is moving towards said vertical position, to thereby prevent sliding of the user's body when the tiltable frame assembly is tilted. | As illustrated in the images below, the Catalyst bed maintains the feet-engaging position while the tiltable frame assembly is moving towards the vertical position, to thereby prevent sliding of the user's body when the tiltable frame assembly is tilted.<br><br><br><br><br><br>https://vimeopro.com/user119646792/modular-imc-training-the-catalyst-critical-recovery-bed/video/439333456 (last accessed May 30, 2026). |

3